IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JARVIS JOSEPHUS CANTY,                    *

           Plaintiff,                           *

v.                                          Case No.  5:25-cv-00528-CAR-CHW

                                                   *

SHERIFF DAVID DAVIS et al.,

                                                   *

           Defendants.                          *

_____       *

**J U D G M E N T**

Pursuant to this Court's Order dated 6/17/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 18th day of June, 2026.

                       David W. Bunt, Clerk

                       s/ Erin Pettigrew, Deputy Clerk